# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7077**                                       **September Term, 2014**

**1:08-cv-00364-DAR**

**Filed On:** February 23, 2015

United States of America, ex rel. Brian Burke,

 and

Brian Burke, Relator,

       Appellant

    v.

Record Press, Inc.,

       Appellee

----------------------------

Consolidated with 14-7078

**BEFORE:**     Henderson, Srinivasan, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the motion for extension of time to file initial brief and corresponding appendix and the opposition thereto; the motion to dismiss for failure to timely file the initial brief, the opposition thereto, the reply, and the motion for leave to file a surreply; and the motion to immediately file brief out of time, the opposition thereto, and the reply,  it is

**ORDERED** that the motion for leave to file a surreply be denied.  Movant has not demonstrated the requested relief is warranted.  It is

**FURTHER ORDERED** that the motion to dismiss be denied.  Counsel's conduct, although troubling, does not demonstrate "an egregious disregard of the court's processes."  Barber v. American Sec. Bank, 841 F.2d 1159, 1162 (D.C. Cir. 1988) (per curiam).  Counsel is cautioned that a future failure to comply with any order of the court or any applicable rule could result in the dismissal of his appeal for lack of prosecution. See D.C. Cir. Rule 38.  It is

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-7077**                                        **September Term, 2014**

**FURTHER ORDERED** that the motion to immediately file brief out of time be granted.  The Clerk is directed to file the lodged brief.  It is

**FURTHER ORDERED** that the motion for extension of time to file initial brief be dismissed as moot.

The Clerk is directed to enter a schedule for the remainder of briefing.

**<u>Per Curiam</u>**